# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                  NO. 4:12CR00148 JLH

BRADLEY WYATT ROW                                               DEFENDANT

## **ORDER**

The Court directs the United States to file a response and the probation office to provide a report concerning Bradley Wyatt Row's motion for early termination of supervised release within fourteen days from the entry of this Order. Document #59.

IT IS SO ORDERED this 27th day of October, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE